

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-21-00534-CV

**IN THE INTEREST OF J.R.M.,** a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00113
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:       Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice[1]
Lori I. Valenzuela, Justice

The en banc court has considered Appellant's motion for en banc reconsideration. The motion is denied. *See* TEX. R. APP. P. 49.7.

It is so **ORDERED** on this 22nd day of April, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

---

[1] Dissents to the denial of the motion for en banc reconsideration without requesting a response.